COM.

v.

**REICH, V.**

**1061 WDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–02–CR–0007920–2015 (Allegheny)

Affirmed

COM.

v.

**KINDLER, J.**

**1819 WDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–02–CR–0015585–2015 (Allegheny)

Affirmed

COM.

v.

**EMANUELE, J.**

**1831 WDA 2016**

Superior Court of Pennsylvania.

08/21/2017

CP–02–CR–0013429–2014 (Allegheny)

Affirmed

COM.

v.

**MEADOWS, R.**

**22 WDA 2017**

Superior Court of Pennsylvania.

08/21/2017

CP–02–SA–0001508–2016 (Allegheny)

Affirmed